UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-08724-Becerra

UNITED STATES OF AMERICA

v.

VICTOR CASANOVA PARRILLA,

      Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Brian Sattler

BRIAN G. SATTLER
Special Assistant United States Attorney
Florida Bar No. 0124238
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 961-9136
Fax No. (305) 536-4676
E-mail: Brian.Sattler@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>VICTOR CASANOVA PARRILLA,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )    Case No.  1:19-mj-03724-Becerra |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(a)(iv) | Encouraging and Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:

See attached affadavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Genesis Grinion, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-28-19

_____
*Judge's signature*

City and state:  Miami, Florida      Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Genesis Grinion, being duly sworn, do depose and say:

1. I am employed as a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), Miami, Florida, and have been so employed since March 2019. I am currently assigned to the Human Smuggling Group, where I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including violations of the immigration and customs laws of the United States. Prior to my employment with HSI, I was employed as a United States Customs and Border Protection ("CBP") Officer from May 2016 through March 2019. I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the CBP Officer Basic Training Course at the Federal Law Enforcement Training Center regarding the proper investigative techniques, including the application and execution of search, arrest, and seizure warrants, for violations of federal laws.

2. The statements contained in this affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other law enforcement officers and agents who have engaged in numerous investigations involving the transportation of migrants who are unlawfully present in the United States, and upon facts and information from the following sources I believe to be reliable: oral and written reports pertaining to this investigation which I received directly from the United States Coast Guard, Border Patrol Agents and interviews. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe

1

are necessary to establish probable cause Victor Antonio CASANOVA PARRILLA ("CASANOVA PARRILLA"), did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

3. On October 26, 2019, approximately twenty-nine nautical miles east of Miami, Florida, the United States Coast Guard ("USCG") cutter PAUL CLARK detected a fifty-two foot, United States flagged, cabin cruiser named DIMARE heading west towards the United States. The PAUL CLARK launched a smaller fast boat with law enforcement officers to investigate and inspect the DIMARE.

4. When the Coast Guard law enforcement officers arrived, CASANOVA PARRILLA told them there were ten passengers and one additional crewmember onboard. He claimed they left from Bal Harbor, Florida, earlier in the morning for a day cruise and were returning to Bal Harbor. The passengers claimed to be United States citizens, but would not produce identification or other personal information when requested by the officers. Eventually, the passengers admitted to being citizens of Venezuela and Colombia, and provided the officers with identification from those countries.

5. On October 27, 2019, the USCG brought CASANOVA PARRILLA, along with the aliens, ashore at the USCG Base in Miami Beach, Florida. This was the first place they entered the Southern District of Florida, they were then transferred to CBP custody for further processing. The aliens were processed through the taking of biometrics (personal identifying information, criminal history, and immigration status). The resultant checks revealed that none of the aliens had permission to enter the United States.

6. During a post-Miranda interview, CASANOVA PARRILLA admitted he was the vessel operator and that he went to The Bahamas to pick up the aliens. He told officers that the aliens told him they were from Puerto Rico, but shortly after leaving The Bahamas he learned that they were from Venezuela and Colombia. He also told officers that he told his crewmember not to tell the Coast Guard that the DIMARE was returning from The Bahamas.

7. Based on the foregoing facts, I believe that probable cause exists that CASANOVA PARRILLA did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

FURTHER AFFIANT SAYETH NAUGHT.

_____
GENESIS GRINION, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and subscribed before me this
28th day of October 2019.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

3